✎AO 245S  Modified   (Rev. 10/08) Judgment in a Revocation Case

# UNITED STATES DISTRICT COURT

**SOUTHERN** District of **INDIANA**

| UNITED STATES OF AMERICA | *JUDGMENT IN A VIOLATION HEARING* |
|---|---|
| V. | *Modification of Supervision Only* |
| AARON DRUMM | *(For Offenses Committed On or After November 1, 1987)* |

Case Number:   3:06CR00036-001

Douglas S. Walton
Defendant's Attorney

## DISPOSITION OF PROBATION / SUPERVISED RELEASE VIOLATION HEARING

**THE DEFENDANT:**

**X**  was adjudged guilty of Violation Number(s)   1-4
   and special condition(s)

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| Violation Number | Nature of Violation | Date(s) |
|---|---|---|
| 1 | New arrest | 2/26/12 |
| 2 | Cocaine use | 2/26/12 |
| 3 | Leaving the district without permission | 2/26/12 |
| 4 | Associating with individuals in violation of the law | 2/26/12 |

The defendant's probation/supervised release is modified as provided in pages 1 through 2 of this Judgment, pursuant to the Sentencing Reform Act of 1984 and Title 18 U.S.C.§ 3563(c) or 3583(e).

☐  The defendant has been found not guilty of violation of condition(s)
   and special condition(s)

☐  Charge(s)   is/are dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Last Four Digits of Defendant's Soc. Sec. No.:   1222

Defendant's Year of Birth:   1981

City and State of Defendant's Residence:
Lebanon, IN

7/31/2012
Date of Imposition of Judgment

*[signature]*

RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

8/07/2012
Date

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By *[signature]* Dina M. Doyle
Deputy Clerk

AO 245S     (Rev. 01/94) Judgment in a Revocation Case
            Sheet 2

DEFENDANT:        AARON DRUMM
CASE NUMBER:      3:06CR00036-001

Judgment—Page  2  of  2

Accordingly, the defendant is adjudged guilty of such charge(s), which involve the following:

| **Violation Number** | **Nature of Violation** | **Date(s)** |
| --- | --- | --- |
| | | |

The Court finds, after a hearing upon notification by the probation officer, the offender is in violation of the conditions of release as set forth in this Judgment order and modifies the terms/conditions as follows:

1. The defendant shall reside for a period of 4 months at a Residential Reentry Center (RRC) as directed by the probation officer and shall observe the rules of that facility.

2. The defendant shall participate in a substance abuse treatment program at the direction of the probation officer, which may include no more than eight drug tests per month. The defendant shall abstain from the use of all intoxicants, including alcohol, while participating in a substance abuse treatment program. The defendant is responsible for paying a portion of the fees of substance abuse testing and/or treatment.

3. Upon the finding of the probation officer the defendant is no longer in need of residential placement, is in compliance with the terms of his supervision, and does not appear a risk of violating his terms of supervision, then, the probation officer may seek input from the United States Attorney's Office, and memo the Court seeking a modification to release him from the Residential Reentry Center (RRC).